AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maine

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with Facebook Account User<br>URL: www.facebook.com/LuiLu3232 | )<br>)<br>)  Case No. 2:19-mj-319-JHR<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ November 5, 2019 _____
                                                                                    *(not to exceed 14 days)*
☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
John H. Rich III _____ .
                        *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑for **30** days *(not to exceed 30)*.
                                        ☐until, the facts justifying, the later specific date of _____ .

Date and time issued:  10/22/19 at 4⁰⁰ pm     _____
                                                                                    *Judge's signature*

City and state:   Portland, Maine _____     John H. Rich III , U.S. Magistrate Judge
                                                                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:19-mj-319-JHR | Date and time warrant executed:<br>10/22/19  @  5:17 PM | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>SA Adam Morin, FBI | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>For account 'LuiLu3232':<br><br>Login dates/IP addresses, 'friends', 'Liked' pages, messenger content, group threads content, account activity from 7/15/19 - 10/22/19. | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 11/7/19<br><br>_____<br>Executing officer's signature<br><br>Kyle Kassa - Task Force officer<br>Printed name and title |

## ATTACHMENT A

### Property to Be Searched

Information associated with Facebook Account User URL

www.facebook.com/LuiLu3232 that is stored at premises owned, maintained, controlled, or

operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Facebook**

For the time period between July 15, 2019 to the present, to the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(£), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)    All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

2

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that Facebook account, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)      All other records and contents of communications and messages made or received by the user, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)      All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)      All information about the Facebook pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)      All records of Facebook searches performed by the account;

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service utilized by the user;

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

1

**II.   Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of offenses against the United States, specifically, (1) a Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, and (2) possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. §924(c), and each account user URL identified on Attachment A, information pertaining to the following matters:

(a) The attempted robbery that occurred on August 3, 2019 in York, Maine.

(b) Efforts to destroy or conceal evidence of the robbery.

(c) Communications relating to the planning of the robbery.

(d) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner.

(e) Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation.

(f) The identity of the person(s) who created or used the username, including records that help reveal the whereabouts of such person(s).

(g) The identity of the person(s) who communicated with the username about matters relating to the robbery or use/possession of any firearms to be used in the robbery.

2